ORIGINAL

FILED
NOV 15 2007
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **BURNS AND ROE SERVICES CORPORATION** Plaintiff | § | 07-802 C |
| **VERSUS** | § | |
| **UNITED STATES OF AMERICA** Defendant | § | |

**Disclosure Statement**

Plaintiff Burns and Roe Services Corporation, pursuant to R.C.F.C. 7.1, files this statement that (1) there is no such "publicly held corporation that owns 10% or more of its stock" and (2) Burns and Rowe Services Corporation is a wholly-owned subsidiary of its parent Burns and Roe Group, Inc.

Respectfully submitted,

Gerard E. Wimberly, Jr.
Louisiana Bar No. 13584
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504-586-1200
Facsimile: 504-596-2800

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
BURNS AND ROE SERVICES CORPORATION

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC

Daniel T. Plunkett
Louisiana Bar No. 21822
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504-586-1200
Facsimile: 504-596-2800

Stephanie G. John
Texas Bar No. 24034506
Federal I.D. 30000
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713-520-1900
Facsimile: 713-520-1025