IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BURNS AND ROE SERVICES CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-802C |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12104
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Leslie Cayer Ohta
Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 307-0252
Fax: (202) 307-0972
E-mail:Leslie.Ohta@usdoj.gov

Dated: November 15, 2007