# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**BURNS AND ROE SERVICES CORP.,** *

Plaintiff, *

v. * No. 07-802C

**THE UNITED STATES,** * (Filed Nov. 16, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record telephonic discussion this date between the parties and the court's law clerk, defendant has represented to the court's law clerk that the agency has agreed to take no action on the pending contract prior to Wednesday, November 21, 2007, other than to advise the awardee of such agreement. Accordingly,

**IT IS ORDERED**, as follows:

Counsel for plaintiff shall telephonically advise the court's law clerk by 3:00 p.m. on Wednesday, November 21, 2007, whether plaintiff will dismiss the complaint without prejudice or file a new complaint. In the event that plaintiff either files a new complaint within the next thirty days, or proceeds on a protest before the Government Accountability Office and later determines to institute an action in this court, the filing fee shall be waived, and the case shall be assigned to the undersigned for expedited proceedings.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge