**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **BURNS AND ROE SERVICES CORPORATION** <br> **Plaintiff** | § | |
| **VERSUS** | § | **07-802-C** |
| **UNITED STATES OF AMERICA** <br> **Defendant** | § | |

**MOTION TO DISMISS ORIGINAL VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Burns and Rose Services Corporation ("Burns and Roe"), who respectfully requests that this Honorable Court enter an Order dismissing the above-captioned lawsuit, without prejudice. The Government agreed voluntarily to observe the stay requested through injunctive relief until Burns and Roe had an opportunity to decide whether to file a protest with the Government Accountability Office ("GAO") and receive a stay under the Competition In Contracting Act of 1984, 31 U.S.C. 3553(d)(3)(A) ("CICA"). Burns and Roe then filed a timely bid protest before the GAO on November 19, 2007, and the GAO notified the procuring agency on November 20, 2007, which triggered an automatic stay under CICA. As a result, it is unnecessary to pursue this lawsuit at this time.

Therefore, pursuant to the Court's November 16, 2007 Order, Burns and Roe respectfully requests that this Honorable Court enter an Order dismissing the lawsuit, without prejudice, such that it can re-file its Complaint if circumstances warrant.

**WHEREFORE**, Plaintiff, Burns and Roe, respectfully prays that this Honorable Court enter an Order dismissing the above-captioned lawsuit, without prejudice.

Respectfully submitted,

*/s/ Gerard E. Wimberly, Jr.*

Gerard E. Wimberly, Jr.
Louisiana Bar No. 13584
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504-586-1200
Facsimile: 504-596-2800

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
BURNS AND ROE SERVICES CORPORATION

OF COUNSEL:

MCGLINCHEY STAFFORD, PLLC

Stephanie G. John
Texas Bar No. 24034506
Federal I.D. 30000
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713-520-1900
Facsimile: 713-520-1025

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Leslie Cayer Ohta
U. S. Department of Justice
Civil Div. - Commercial litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530

*/s/ Gerard E. Wimberly, Jr.*
Gerard E. Wimberly, Jr.