# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**BURNS AND ROE SERVICES CORP.,** *

Plaintiff, *

v. * No. 07-802C

**THE UNITED STATES,** * (Filed Nov. 30, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties' Motion To Dismiss Original Verified Complaint for Declaratory Judgment filed on November 27, 2007, is granted. Accordingly,

**IT IS ORDERED**, as follows:

The Clerk of the Court shall dismiss the Verified Complaint without prejudice. Should plaintiff file another protest concerning award of the subject contract, filing fees shall be waived, and the case shall be assigned to the undersigned. See Order entered on November 16, 2007.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge