# In the United States Court of Federal Claims

**No. 07-802 C**

**BURNS AND ROE SERVICES CORP.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed November 30, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the verified complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**November 30, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.